FILED

06/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0225

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER and SIERRA CLUB,

      Plaintiffs, Appellees, and
      Cross-Appellants,

  v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
NORTHWESTERN ENERGY, INC.,                     O R D E R

      Defendants, Appellants, and
      Cross-Appellees,

  and

STATE OF MONTANA, by and through the
OFFICE OF THE ATTORNEY GENERAL,

      Intervenor-Defendant.

_____

Upon consideration of NorthWestern Corporation d/b/a NorthWestern Energy's unopposed motion to consolidate, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Cause Nos. DA 23-0225 and DA 23-0320 are hereby consolidated under Cause No. DA 22-0225 and henceforth captioned as above.

IT IS FURTHER ORDERED that the opening brief shall be due July 12, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2023